AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2013 JUL 16 A 10: 24

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

SELECT AUTO IMPORTS INCORPORATED

*Plaintiff(s)*

v.

SELECT AUTO SALES LLC,
SELECT AUTO SALES OF DUMFRIES LLC,
and
BABOR BAKHTARY

*Defendant(s)*

Civil Action No. 1:13-CV-00652-GBL-IDD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BABOR BAKHTARY
25439 VACATION PLACE
ALDIE, VA 20105-3417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GREGORY P. BRUMMETT
BRUMMETT TECHLAW PLLC
2201 COOPERATIVE DRIVE, SUITE 600
HERNDON, VA 20171

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/03/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-CV-00652-GBL-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Babor Bakhtary**
was received by me on *(date)* **07/09/13**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Roya Zamani, sister**, a person of suitable age and discretion who resides there, on *(date)* **07/09/13 at 3:31 pm**, ~~and mailed a copy to the individual's last known address;~~ or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/10/13**

*Server's signature*

**Scott Sharp, Private Process Server**
*Printed name and title*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
*Server's address*

Additional information regarding attempted service, etc:

* Notice and Complaint with Exhibits